Valeria Glowacki and Dr. Michael Lewinski, appellees, v. Union Bank of Chicago, appellant.   Gen. No. 34,880.

Heard in the first division of this court for the first district at the February term, 1931.   Opinion filed March 23, 1931.   Rehearing denied April 6, 1931.

Kirkland, Fleming, Green & Martin, for appellant;. Robert N. Golding and Edward C. Caldwell, of counsel. Arthur J. Goldberg, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.